ANGEL T. NAKAMURA (SBN 205396)
Angel.Nakamura@arnoldporter.com
KRISTINA ILIOPOULOS (SBN 341548)
Kristina.Iliopoulos@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone:    213.243.4000
Facsimile:    213.243.4199

ESTAYVAINE BRAGG (SBN 341400)
Estayvaine.Bragg@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone:    415.471.3100
Facsimile:    415.471.3400

JAMI M. VIBBERT (*pro hac vice* forthcoming)
Jami.Vibbert@arnoldporter.com
DAVID B. SCHWARTZ (*pro hac vice* forthcoming)
David.Schwartz@arnoldporter.com
SASHA ZHENG (*pro hac vice* forthcoming)
Sasha.Zheng@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, NY 10019-9710
Telephone:    212.836.8000
Facsimile:    212.836.8689

DANIEL E. RAYMOND (*pro hac vice* forthcoming)
Daniel.Raymond@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
70 West Madison, Street Suite 4200
Chicago, IL 60602-4321
Telephone:    312.583.2300
Facsimile:    312.583.2360

*Attorneys for Defendant Adobe Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JOHNSTON, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>ADOBE INC.,<br><br>*Defendant.* | Case No. 5:25-cv-03052-NW<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT PURSUANT TO L.R. 6-1(a)**<br><br>Judge:    Hon. Noel Wise<br>Location: Courtroom 3, 5th Floor |

Pursuant to Civil Local Rule 6-1(a), Plaintiff Bianca Johnston ("Plaintiff") and Defendant Adobe Inc. ("Adobe") (collectively, "the Parties") by and through their counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff filed this action against Adobe on April 3, 2025, *see* ECF No. 1;

WHEREAS, Adobe was served on April 16, 2025, and pursuant to the Federal Rules of Civil Procedure, the deadline for Adobe to answer, move, or otherwise respond to the Complaint is currently May 7, 2025;

WHEREAS, this Court entered a Related Case Order on April 17, 2025, in connection with this case and *Rapak v. Adobe Inc.*, No. 5:25-cv-03032-NW (the "Related Actions"), *see* ECF No. 9;

WHEREAS, Plaintiff moved to consolidate the Related Actions on April 23, 2025 (the "Motion to Consolidate"), *see Rapak*, No. 5:25-cv-03032-NW, ECF No. 20;

WHEREAS, Adobe filed its statement of non-opposition to the Motion to Consolidate on April 29, 2025, *see Rapak.*, No. 5:25-cv-03032-NW, ECF No. 25; and

WHEREAS, to facilitate the efficient and orderly resolution of the Related Actions, the Parties believe that Adobe's responsive pleading deadline should be extended until the Court rules on the Motion to Consolidate.

NOW, THEREFORE, the Parties, through their undersigned counsel, hereby stipulate and agree as follows:

1) Adobe's responsive pleading deadline is extended until 45 days after the Court's ruling on the Motion to Consolidate or as otherwise specified in the Court's Order on the Motion to Consolidate.

| | |
|---|---|
| Dated: April 29, 2025 | Respectfully submitted, |
| | /s/ *Angel Tang Nakamura* |
| | Angel Tang Nakamura (SBN 205396) |
| | Angel.Nakamura@arnoldporter.com |
| | Kristina Iliopoulos (SBN 341548) |
| | Kristina.Iliopoulos@arnoldporter.com |
| | ARNOLD & PORTER KAYE SCHOLER LLP |
| | 777 South Figueroa Street, Forty-Fourth Floor |
| | Los Angeles, California 90017 |
| | Telephone: 213.243.4000 |
| | Facsimile: 213.243.4199 |
| | |
| | Jami Vibbert (*pro hac vice* forthcoming) |
| | Jami.Vibbert@arnoldporter.com |
| | David B. Schwartz (*pro hac vice* forthcoming) |
| | David.Schwartz@arnoldporter.com |
| | Sasha Zheng (*pro hac vice* forthcoming) |
| | Sasha.Zheng@arnoldporter.com |
| | ARNOLD & PORTER KAYE SCHOLER LLP |
| | 250 West 55th Street |
| | New York, NY 10019-9710 |
| | Telephone: 212.836.8000 |
| | Facsimile: 212.836.8689 |
| | |
| | Daniel E. Raymond (*pro hac vice* forthcoming) |
| | Daniel.Raymond@arnoldporter.com |
| | ARNOLD & PORTER KAYE SCHOLER LLP |
| | 70 West Madison, Street Suite 4200 |
| | Chicago, IL 60602-4321 |
| | Telephone: 312.583.2300 |
| | Facsimile: 312.583.2360 |
| | |
| | Estayvaine Bragg (SBN 341400) |
| | Estayvaine.Bragg@arnoldporter.com |
| | ARNOLD & PORTER KAYE SCHOLER LLP |
| | Three Embarcadero Center, 10th Floor |
| | San Francisco, CA 94111-4024 |
| | Telephone: 415.471.3100 |
| | Facsimile: 415.471.3400 |
| | |
| | *Attorneys for Defendant Adobe Inc.* |

2   Case No. 5:25-cv-03052-NW
STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT PURSUANT TO L.R. 6-1(a)

Dated: April 29, 2025             Respectfully submitted,

/s/ Gary M. Klinger
Gary M. Klinger (admitted *pro hac vice*)
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
gklinger@milberg.com

John J. Nelson (SBN 317598)
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
402 W. Broadway, Suite 1760
San Diego, CA 92101
Telephone: (858) 209-6941
Fax: (865) 522-0049
Email: jnelson@milberg.com

Daniel O. Herrera (*pro hac vice* forthcoming)
CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP
135 S. LaSalle, Suite 3210
Chicago, Illinois 60603
Telephone: (312) 782-4880
Facsimile: (312) 782-4485
dherrera@caffertyclobes.com

*Attorneys for Plaintiff*

## SIGNATURE ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this document's content and have authorized the filing of this document with the use of their electronic signature.

Dated: April 29, 2025             By: /s/ Angel Tang Nakamura